# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2018

156914(28)

Stephen J. Markman,
Chief Justice

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

v

SC: 156914
COA: 338459
Wayne CC: 88-006899-FC

JEFFERY WATERS,
     Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's July 27, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2018



Clerk

d1022